IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILLIP R. CORVELLO,

    Plaintiff,

v.

WELLS FARGO BANK N.A., ET AL.,

    Defendants.
_____/

No. C 10-05072 JSW

**ORDER SETTING BRIEFING SCHEDULE ON WELLS FARGO BANK, N.A.'S MOTION TO DISMISS**

This matter is set for a hearing on March 4, 2011 on Defendant Wells Fargo Bank, N.A.'s motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than January 10, 2011 and a reply brief shall be filed by no later than February 14, 2011.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 20, 2010

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE