Matthew G. Ball (SBN: 208881)
matthew.ball@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
David D. Christensen (*pro hac vice*)
david.christensen@klgate.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: (617) 261-3100
Fax: (617) 261-3175n

Attorneys for Defendant Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP R. CORVELLO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendants. | Case No. 3:10-CV-05072-JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>The Hon. Jeffrey White<br>Complaint filed: November 9, 2010 |

1   Pursuant to Local Rules 6-3 and 7-11, and good cause so appearing, Defendant Wells Fargo
2   Bank, N.A.'s Administrative Motion to Continue Case Management Conference is hereby
3   GRANTED. The case management conference currently scheduled for April 8, 2011 at 1:30 p.m., is
     VACATED and shall be reset, by further order, if necessary.
4   ~~hereby continued to _____, 2011 at _____.~~ The parties shall file a joint case
5   management statement no later than five (5) court days prior to the conference.
6   IT IS SO ORDERED.

8   Dated: __March 29__, 2011          _____
                                        Hon. Jeffrey S. White
9                                       United States District Judge

**[~~PROPOSED~~] ORDER GRANTING ADMIN. MOTION TO CONTINUE CASE MGMT. CONFERENCE**
**Case No. 3:10-CV-05072-JSW**