Steve W. Berman (Pro Hac Vice)
Thomas E. Loeser (Cal. Bar No. 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Peter B. Fredman (Cal. Bar No. 189097)
LAW OFFICE OF PETER FREDMAN PC
125 University Ave, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile: (510) 868-2627
peter@peterfredmanlaw.com

*Attorneys for Plaintiff AMIRA JACKMON
and persons similarly situated*

Timothy G. Blood (Cal. Bar No. 149343)
Thomas J. O'Reardon II (Cal. Bar No. 247952)
BLOOD HURST & O'REARDON LLP
600 B. Street, Suite 1550
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

*Attorneys for Plaintiff PHILLIP R. CORVELLO,
and persons similarly situated*

Matthew G. Ball (Cal. Bar No. 208881)
matthew.ball@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
Jennifer J. Nagle (*pro hac vice*)
jennifer.nagle@klgates.com
David D. Christensen (*pro hac vice*)
david.christensen@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: (617) 261-3100
Fax: (617) 261-3175

*Attorneys for Defendant WELLS FARGO
BANK, N.A. d/b/a AMERICA'S
SERVICING COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP R. CORVELLO, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendant. | Case No. 10-cv-05072 VC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO APPROVE CLASS NOTICE** |

| | |
|---|---|
| AMIRA JACKMON, individually, and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICA'S SERVICING COMPANY and WELLS FARGO BANK, N.A.,<br><br>        Defendants. | Case No. 11-cv-03884 VC |

Following the Further Case Management Conference on May 31, 2016, and having implemented the comments on the proposed class notice that the Court made at that time, Plaintiffs Phillip R. Corvello and Amira Jackmon (collectively "Plaintiffs") and Defendant Wells Fargo Bank, N.A. a/k/a America's Servicing Company ("Wells Fargo") (the "parties") hereby stipulate and request an order approving the revised class notice as follows:

    **Exhibit A** hereto is the revised proposed short form class notice, and a redline version to show the revisions.

    **Exhibit B** hereto is the revised proposed long form class notice, and a redline version to show the revisions.

    **IT IS SO STIPULATED**

Dated: June 8, 2016

Plaintiff AMIRA JACKMON

/s/ Thomas E. Loeser
_____
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO
Peter B. Fredman
LAW OFFICE OF PETER FREDMAN PC


Plaintiff PHILLIP R. CORVELLO

/s/ Timothy Blood
_____
Timothy G. Blood
Thomas J. O'Reardon II
BLOOD HURST & O'REARDON LLP

Defendant WELLS FARGO BANK, N.A.

/s/ Irene C. Freidel
_____
Irene C. Freidel (*pro hac vice*)
Matthew G. Ball
K&L GATES LLP

I, PETER FREDMAN, am the ECF User whose ID and password are being used to file this document hereby attest that all signatories concur with this filing. */s/Peter Fredman*

**IT IS SO ORDERED**

The form and content of class notice attached as Exhibits A and B to the stipulation are approved.

Dated: June 9, 2016

_____
VINCE CHHABRIA
United States District Judge