UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP R. CORVELLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK N.A,<br><br>　　　　　Defendant. | Case No. 10-cv-05072-VC<br><br>Re: Dkt. No. 206 |
| AMIRA JACKMON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICA'S SERVICING CO., et al.<br><br>　　　　　Defendants. | Case No. 11-cv-03884-VC<br><br>Re: Dkt. No. 242<br><br>**ORDER STAYING DEADLINES, VACATING PRETRIAL AND TRIAL DATES, AND SETTING DEADLINE FOR PRELIMINARY APPROVAL** |

　　　The parties' request to stay all presently accruing filing deadlines and continue all remaining pretrial and trial dates is granted. The motion for a preliminary approval of class settlement is due by June 9, 2017.

　　　In drafting their preliminary approval motion, the parties are advised to consult this Court's Civil Standing Order and the Northern District's *Procedural Guidance for Class Action Settlements*. *See* http://www.cand.uscourts.gov/ClassActionSettlementGuidance.

　　　**IT IS SO ORDERED.**

Dated: May 10, 2017

_____
VINCE CHHABRIA
United States District Judge