| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Matthew G. Ball (Cal. Bar No. 208881) |
| Thomas E. Loeser (Cal. Bar No. 202724) | matthew.ball@klgates.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | K&L GATES LLP |
| 1918 Eighth Avenue, Suite 3300 | Four Embarcadero Center, Suite 1200 |
| Seattle, WA 98101 | San Francisco, CA 94111 |
| Tel: (206) 623-7292 / Fax: (206) 623-0594 | Tel: (415) 882-8200/ Fax: (415) 882-8220 |
| steve@hbsslaw.com | |
| toml@hbsslaw.com | Irene C. Freidel (*pro hac vice*) |
| | irene.freidel@klgates.com |
| Peter B. Fredman (Cal. Bar No. 189097) | Jennifer J. Nagle (*pro hac vice*) |
| LAW OFFICE OF PETER FREDMAN PC | jennifer.nagle@klgates.com |
| 125 University Ave, Suite 102 | David D. Christensen (*pro hac vice*) |
| Berkeley, CA 94710 | david.christensen@klgates.com |
| Tel: (510) 868-2626 / Fax: (510) 868-2627 | Matthew N. Lowe (*pro hac vice*) |
| peter@peterfredmanlaw.com | matthew.lowe@klgates.com |
| | K&L GATES LLP |
| *Attorneys for Plaintiff AMIRA JACKMON* | State Street Financial Center |
| *and persons similarly situated* | One Lincoln Street |
| | Boston, MA 02111-2950 |
| Timothy G. Blood (Cal. Bar No. 149343) | Tel: (617) 261-3100 / Fax: (617) 261-3175 |
| Thomas J. O'Reardon II (Cal. Bar No. 247952) | |
| BLOOD HURST & O'REARDON LLP | *Attorneys for Defendant* |
| 600 B. Street, Suite 1550 | *WELLS FARGO BANK, N.A. d/b/a* |
| San Diego, CA 92101 | *AMERICA'S SERVICING COMPANY* |
| Tel: (619) 338-1100 / Fax: (619) 338-1101 | |
| tblood@bholaw.com | |
| toreardon@bholaw.com | |
| | |
| *Attorneys for Plaintiff PHILLIP R. CORVELLO,* | |
| *and persons similarly situated* | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| PHILLIP R. CORVELLO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendant. | Case No. 10-cv-05072 VC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| AMIRA JACKMON, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 11-cv-03884 VC |

**PLEASE TAKE NOTICE** that plaintiffs Phillip R. Corvello and Amira Jackmon (collectively, "Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on May 9, 2017, the Parties filed a joint letter with the Court reporting that they had reached a settlement in principle of both the class and individual claims in the *Jackmon* and *Corvello* actions [*Corvello* ECF No. 206];

WHEREAS, on May 10, 2017, the Court stayed all presently accruing filing deadlines and continued all remaining pretrial and trial dates, and ordered that Plaintiffs' motion for preliminary approval of the class settlement be filed by June 9, 2017 [*Corvello* ECF No. 209];

WHEREAS, the Parties have been diligently and in good faith drafting and negotiating the terms and provisions of the individual and class settlement agreements, the exhibits to the class settlement agreement, and working with a potential claims administrator to prepare for the proposed class notice and settlement administration process; and

WHEREAS, the Parties require limited, additional time to adequately and appropriately prepare the agreements and moving papers for the Court's preliminary approval consideration.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties that:

1. The proposed class action settlement agreement and motion for preliminary approval will be filed by June 23, 2017.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 6, 2017

| Plaintiffs PHILLIP CORVELLO and AMIRA JACKMON | Defendant WELLS FARGO BANK, N.A. |
|---|---|
| *s/ Thomas J. O'Reardon II* | *s/ Irene C. Freidel* |
| Thomas J. O'Reardon II<br>BLOOD HURST & O'REARDON LLP | Irene C. Freidel (*pro hac vice*)<br>Jennifer J. Nagle (*pro hac vice*)<br>David D. Christensen (*pro hac vice*)<br>Matthew N. Lowe (*pro hac vice*) |
| Peter B. Fredman<br>LAW OFFICE OF PETER FREDMAN PC | |
| Thomas E. Loeser<br>HAGENS BERMAN SOBOL SHAPIRO | Matthew G. Ball<br>K&L GATES LLP |

**ECF CERTIFICATION**

I, THOMAS J. O'REARDON, II, am the ECF User whose ID and password are being used to file this document and hereby attest that all signatories concur with this filing.

Dated: June 6, 2017     BLOOD HURST & O'REARDON, LLP

By: *s/ Thomas J. O'Reardon II*
Thomas J. O'Reardon II

**(~~PROPOSED~~) ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 8, 2017

Hon. Vince Chhabria
United States District Judge