Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (Cal. Bar No. 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: (206) 623-7292 / Fax: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Peter B. Fredman (Cal. Bar No. 189097)
LAW OFFICE OF PETER FREDMAN PC
125 University Ave, Suite 102
Berkeley, CA 94710
Tel: (510) 868-2626 / Fax: (510) 868-2627
peter@peterfredmanlaw.com

*Attorneys for Plaintiff AMIRA JACKMON
and persons similarly situated*

Timothy G. Blood (Cal. Bar No. 149343)
Thomas J. O'Reardon II (Cal. Bar No. 247952)
BLOOD HURST & O'REARDON LLP
600 B. Street, Suite 1550
San Diego, CA 92101
Tel: (619) 338-1100 / Fax: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

*Attorneys for Plaintiff PHILLIP R. CORVELLO,
and persons similarly situated*

Matthew G. Ball (Cal. Bar No. 208881)
matthew.ball@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200/ Fax: (415) 882-8220

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
Jennifer J. Nagle (*pro hac vice*)
jennifer.nagle@klgates.com
David D. Christensen (*pro hac vice*)
david.christensen@klgates.com
Matthew N. Lowe (*pro hac vice*)
matthew.lowe@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel: (617) 261-3100 / Fax: (617) 261-3175

*Attorneys for Defendant
WELLS FARGO BANK, N.A. d/b/a
AMERICA'S SERVICING COMPANY*

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILLIP R. CORVELLO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendant. | Case No. 10-cv-05072 VC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| AMIRA JACKMON, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 11-cv-03884 VC |

**PLEASE TAKE NOTICE** that plaintiffs Phillip R. Corvello and Amira Jackmon (collectively, "Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on May 9, 2017, the Parties filed a joint letter with the Court reporting that they had reached a settlement in principle of both the class and individual claims in the *Jackmon* and *Corvello* actions [*Corvello* ECF No. 206];

WHEREAS, on May 10, 2017, the Court stayed all presently accruing filing deadlines and continued all remaining pretrial and trial dates, and ordered that Plaintiffs' motion for preliminary approval of the class settlement be filed by June 9, 2017 [*Corvello* ECF No. 209]. Thereafter, the Court granted a two-week extension request and ordered that Plaintiffs' motion for preliminary approval of the class settlement be filed by June 23, 2017 [*Corvello* ECF No. 211];

WHEREAS, the Parties have continued to diligently and in good faith, and on an almost daily basis, draft and negotiate the terms and provisions of the individual and class settlement agreements, the exhibits to the class settlement agreement, work with a potential claims administrator to prepare for the proposed class notice and settlement administration process, and evaluate potential, proposed *cy pres* recipients; and

WHEREAS, the Parties require limited, additional time to adequately and appropriately prepare the agreements and moving papers, including the multiple supporting declarations, for the Court's preliminary approval consideration. Although the Parties anticipate that the settlement agreements may be signed by June 23, 2017, they have agreed to submit a joint motion, which requires additional coordination and approval. In order to adequately address the preliminary approval requirements, mindful of this Court's admonition that it applies the same level of scrutiny to preliminary approval as it does final approval, the Parties respectfully request a one-week extension to file the motion for preliminary approval.

///

///

**IT IS HEREBY STIPULATED AND AGREED** by the Parties that:

1. The proposed class action settlement agreement and motion for preliminary approval will be filed by June 30, 2017.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 23, 2017

| Plaintiffs PHILLIP CORVELLO and AMIRA JACKMON | Defendant WELLS FARGO BANK, N.A. |
|---|---|
| s/ *Thomas J. O'Reardon II* <br> Thomas J. O'Reardon II <br> BLOOD HURST & O'REARDON LLP <br><br> Peter B. Fredman <br> LAW OFFICE OF PETER FREDMAN PC <br><br> Thomas E. Loeser <br> HAGENS BERMAN SOBOL SHAPIRO | s/ *David D. Christensen* <br> Irene C. Freidel (*pro hac vice*) <br> Jennifer J. Nagle (*pro hac vice*) <br> David D. Christensen (*pro hac vice*) <br> Matthew N. Lowe (*pro hac vice*) <br><br> Matthew G. Ball <br> K&L GATES LLP |

**ECF CERTIFICATION**

I, THOMAS J. O'REARDON, II, am the ECF User whose ID and password are being used to file this document and hereby attest that all signatories concur with this filing.

Dated: June 23, 2017                              BLOOD HURST & O'REARDON, LLP

                                                  By: s/ *Thomas J. O'Reardon II*
                                                       Thomas J. O'Reardon II

**(~~PROPOSED~~) ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 23, 2017

Hon. Vince Chhabria
United States District Judge