HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (Pro Hac Vice)
THOMAS E. LOESER (202724)
1918 Eighth Avenue, Suite 330
Seattle, WA 98101
Tel: 206/623-7292
206/623-0594 (fax)
steve@hbsslaw.com
toml@hbsslaw.com

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
701 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

LAW OFFICE OF PETER FREDMAN
PETER B. FREDMAN (189097)
125 University Ave., Suite 102
Berkeley, CA 94710
Tel: 510/868-2626
510/868-2627 (fax)
peter@peterfredmanlaw.com

*Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILLIP R. CORVELLO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendant. | Case No. 4:10-CV-05072-VC<br><br>**DECLARATION OF JOHN SHORE RE: COMMUNITY HOUSING COUNCIL OF FRESNO**<br><br><u>CLASS ACTION</u><br><br>Judge:      Honorable Vince Chhabria<br>Courtroom: 4, 17th Floor<br><br>Date Filed:  November 9, 2010 |
| AMIRA JACKMON, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:11-cv-03884-VC<br><br><br>Date Filed:  August 8, 2011 |

Case No. 3:10-cv-05072-VC
Case No. 3:11-cv-03884-VC

DECLARATION OF JOHN SHORE RE: COMMUNITY HOUSING COUNCIL OF FRESNO

I, JOHN SHORE, declare as follows:

1. I am the Executive Director of the Community Housing Council of Fresno ("CHC"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I submit this declaration in connection with Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, which includes a request that the proposed Settlement include CHC as the *cy pres* recipient of any leftover funds.

2. Founded in 1993, CHC is a 501(c)(3) non-profit whose purpose is to promote fair housing opportunities and to encourage home ownership and preservation by providing education, counseling and financial management services to families and individuals seeking homeownership, with a special emphasis toward low to moderate income families, as well as minority and non-English speaking families. A substantial portion of CHC's work is specifically devoted to helping homeowners seeking mortgage modifications and facing foreclosure. CHC is a HUD approved Housing Counseling Agency for Default and Loss Mitigation Counseling.

3. CHC offers a variety of HUD approved education and one-on-one advocacy/counseling on behalf of homeowners with lenders and their servicers. CHC is among the top five most active housing counseling agencies in California for promoting and administering the Keep Your Home California program. This program has resulted in over 75,000 families statewide receiving financial assistance from the funds made available to California by the U.S. Treasury's hardest hit funds program. CHC promotes and provides workshops and webinars to educate families on topics such as fair housing and lending laws, mortgage fraud and predatory lending.

4. Although CHC's name suggests that the work it does is limited to Fresno, California, we work with homeowners throughout California and beyond. Historically, because of the nature of the federal National Foreclosure Mitigation Counseling ("NFMC") program, most counseling agencies were funded to offer services in their local service area. There were no state-wide counseling organizations that provided assistance to homeowners facing modifications and foreclosure. While there remains no nominal state-wide organization,

because of the outsized impact the 2007-2008 Great Recession and subsequent foreclosure crisis, coupled with the increased and widespread use of technology for the very purpose of providing mortgage education and counseling, we now provide our services throughout California.

5. We have greatly expanded our services to offer them statewide through the Virtual Counselor Network ("VCN"). The VCN is a statewide network of counselors providing services via the internet. This innovative program allows anyone who has access to the internet to connect to a counselor via video conferencing. All of our counselors are certified by VCN, allowing us to offer HUD approved counseling services throughout the state. The VCN has a central call center that distributes clients to the appropriate agency for counseling. The VCN is a program of the Housing Opportunities Collaborative, a 501(c)(3) nonprofit HUD approved intermediary organization.

6. Much of our Keep Your Home California work is done through telephone counseling. As a result, a significant amount of the work we perform through Keep Your Home California is state-wide.

7. Lastly, CHC was one of the only agencies to offer web based counseling for the Federal Housing Administration's program called "Back To Work." This special program allowed homeowners who lost their homes to purchase again just one year later if they had experienced an economic event such as foreclosure, short sale, deed-in-lieu and/or bankruptcy. To qualify for this program, the applicant had to receive counseling through a HUD approved agency. CHC has regularly provided these counseling classes online throughout the state (and nationwide).

8. If CHC is fortunate enough to receive a *cy pres* distribution from the settlement, it will be used to provide education and counseling for California homeowners struggling with their mortgage obligations. While most of the country has experienced recovery from the housing crisis, much of California has not. Meanwhile, the NFMC funding has ended. Any *cy pres* distribution will be used to meet the high demand CHC continues to experience for mortgage default education and counseling.

2   Case No. 3:10-cv-05072-VC
Case No. 3:11-cv-03884-VC
DECLARATION OF JOHN SHORE RE: COMMUNITY HOUSING COUNCIL OF FRESNO

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct. Executed on June 29, 2017, at Fresno, California.

By: /s/ John Shore
JOHN SHORE