| | |
|---|---|
| Steve W. Berman (*pro hac vice*)<br>Thomas E. Loeser (Cal. Bar No. 202724)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone:  (206) 623-7292<br>Facsimile:  (206) 623-0594<br>steve@hbsslaw.com<br>toml@hbsslaw.com<br><br>Peter B. Fredman (Cal. Bar No. 189097)<br>LAW OFFICE OF PETER FREDMAN PC<br>125 University Ave, Suite 102<br>Berkeley, CA 94710<br>Telephone: (510) 868-2626<br>Facsimile:  (510) 868-2627<br>peter@peterfredmanlaw.com<br><br>*Attorneys for Plaintiff AMIRA JACKMON*<br>*and persons similarly situated*<br><br>Timothy G. Blood (Cal. Bar No. 149343)<br>Thomas J. O'Reardon II (Cal. Bar No. 247952)<br>BLOOD HURST & O'REARDON LLP<br>600 B. Street, Suite 1550<br>San Diego, CA 92101<br>Telephone: (619) 338-1100<br>Facsimile:  (619) 338-1101<br>tblood@bholaw.com<br>toreardon@bholaw.com<br><br>*Attorneys for Plaintiff PHILLIP R. CORVELLO,*<br>*and persons similarly situated* | Matthew G. Ball (Cal. Bar No. 208881)<br>matthew.ball@klgates.com<br>K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Tel.: (415) 882-8200<br>Fax: (415) 882-8220<br><br>Jennifer J. Nagle (*pro hac vice*)<br>jennifer.nagle@klgates.com<br>David D. Christensen (*pro hac vice*)<br>david.christensen@klgates.com<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950<br>Tel.:  (617) 261-3100<br>Fax:  (617) 261-3175<br><br>*Attorneys for Defendant WELLS FARGO*<br>*BANK, N.A.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIP R. CORVELLO, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendant. | Case No. 10-cv-05072 VC<br><br>**CLASS ACTION**<br><br>**JOINT ADMINISTRATIVE MOTION REGARDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

| | |
|---|---|
| AMIRA JACKMON, individually, and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>AMERICA'S SERVICING COMPANY and WELLS FARGO BANK, N.A.,<br><br>   Defendants. | Case No. 11-cv-03884 VC |

Plaintiffs Phillip R. Corvello ("Corvello") and Amira Jackmon ("Jackmon") (collectively, "Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (Plaintiffs and Wells Fargo collectively, the "parties") hereby stipulate and move pursuant to Civil L. R. 7-11 as follows:

At the hearing on August 10, 2017, the Court conditioned preliminary approval of the parties' proposed class action settlement on certain changes to the settlement's terms. Specifically, the Court (1) disapproved of language that would prospectively enjoin class members from pursuing or prosecuting claims released by the settlement in another court or forum; (2) specified that only "substantial compliance" with the objection and opt-out procedures should be required; and (3) adjusted the deadline for filing replies to any objections to the settlement to 14 days prior to the final fairness hearing.

The Court directed the parties to make the necessary changes to the settlement documents and submit them via administrative motion for approval. Accordingly, filed herewith are the following:

1. Amendment To Stipulation And Class Action Settlement Agreement;
2. Redlined version of a revised [Proposed] Order Preliminarily Approving Class Action Settlement;
3. Redlined version of revised long form class notice;
4. Redlined version of revised short form class notice;.
5. Clean version of revised [Proposed] Order Preliminarily Approving Class Action Settlement;
6. Clean version of revised long form class notice; and
7. Clean version of revised short form class notice.

---

JOINT ADMIN. MOTION RE PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
*Corvello/Jackmon vs. Wells Fargo Bank, N.A.* – 10-cv-05072-VC, 11-cv-03884 VC
Page 2

1  WHEREFORE, the parties jointly request that the Court (1) preliminarily approve the
2  proposed class action settlement with the attached amendment/revisions; (2) issue the revised
3  Order Preliminarily Approving Class Action Settlement; and (3) set the final approval hearing
4  for November 30, 2017 (or later).

5

6  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

7  Dated: August 15, 2017

8  For Plaintiff AMIRA JACKMON                For Defendant WELLS FARGO BANK, N.A.
9
10 /s/ Peter Fredman                           /s/ David D. Christensen
   _____                         _____
11 Peter B. Fredman                            David D. Christensen
   LAW OFFICE OF PETER FREDMAN PC              K&L GATES LLP
12
13 Thomas E. Loeser
   HAGENS BERMAN SOBOL SHAPIRO LLP
14
15 For Plaintiff PHILLIP R. CORVELLO

16 /s/ Timothy Blood
   _____
17 Timothy G. Blood
   Thomas J. O'Reardon II
18 BLOOD HURST & O'REARDON LLP

19

20
21 I, PETER FREDMAN, am the ECF User whose ID and password are being used to file this
   document hereby attest that all signatories concur with this filing. */s/Peter Fredman*
22
   ///
23
24
   ///
25
26 ///
27
28 ///

_____
JOINT ADMIN. MOTION RE PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
*Corvello/Jackmon vs. Wells Fargo Bank, N.A.* – 10-cv-05072-VC, 11-cv-03884 VC
Page 3

1
2
3
4     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
5
6
7
8
9
10
11
12    DATED: August 16, 2017                          _____
                                                     Hon. Vince Chhabria
13                                                   United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28